**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EIS INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause of Action No.: 1:23-CV-9941 |
| TBMBM, INC. | ) ) ) ) ) |
| Defendant. | ) |

**COMPLAINT**

Plaintiff EIS Inc., ("EIS") brings this complaint against Defendant TBMBM, Inc. ("TBMBM"):

**THE PARTIES**

1. EIS is a Delaware corporation. Its principal place of business is in New York County, New York (EIS's "New York office").

2. TBMBM is an Ontario business corporation. On information and belief, its principal place of business is in Oakville, Ontario, Canada.

**JURISDICTION AND VENUE**

3. This Court has subject-matter jurisdiction over this matter on pursuant to 28 U.S.C. § 1332(a), based on diversity of citizenship and the amount in controversy exceeds $75,000.

4. Venue in the Southern District of New York is proper pursuant to 28 U.S.C. § 1391(b)(2).

**FACTUAL BACKGROUND**

5. EIS sells a wide variety of sexual wellness products.

6. TBMBM is in the business of reselling EIS's products.

7. For the past four or five years, EIS and TBMBM have had a significant and ongoing business relationship whereby TBMBM has sourced product from EIS.

8. From March 2023 through October 2023, as part of the parties' ongoing business relationship, TBMBM knowingly and repeatedly communicated into New York with EIS's New York office, for the purpose of procuring multiple business transactions with EIS in order to source product. At least 24 transactions occurred during that time, each resulting in TBMBM purchasing product from EIS's New York office. EIS's New York office accepted and processed those orders.

9. For each order, EIS promptly delivered the goods to the locations specified by TBMBM.

10. TBMBM accepted the goods from each delivery.

11. EIS issued an invoice to TBMBM in connection with each order. The invoices identified the products sold pursuant to the order, as well as the price and quantity sold for each such product. The invoices were issued with "Net 30" payment terms, and as such the invoices became due 30 days after issuance.

12. The issued invoices for the orders made between March and October 2023 are as follows:

| Invoice Number | Amount | Date Issued | Payment Due Date |
|---|---|---|---|
| 2190028606 | $2,097.60 | March 9, 2023 | April 8, 2023 |
| 2190028766 | $449,931.52 | March 29, 2023 | April 28, 2023 |
| 2190028948 | $65,132.04 | April 10, 2023 | May 10, 2023 |
| 2190028949 | $36,975.88 | April 10, 2023 | May 10, 2023 |
| 2190030383 | $12,569.08 | May 8, 2023 | June 7, 2023 |
| 2190030385 | $26,311.18 | May 8, 2023 | June 7, 2023 |
| 2190030414 | $8,330.20 | May 15, 2023 | June 14, 2023 |

| | | | |
|---|---|---|---|
| 2190030415 | $8,330.20 | May 15, 2023 | June 14, 2023 |
| 2190030760 | $18,781.80 | May 25, 2023 | June 24, 2023 |
| 2190030761 | $18,751.82 | May 25, 2023 | June 24, 2023 |
| 2190030586 | $16,980.26 | June 12, 2023 | July 12, 2023 |
| 2190030587 | $15,398.48 | June 12, 2023 | July 12, 2023 |
| 2190030748 | $53,610.66 | July 6, 2023 | August 5, 2023 |
| 2190030752 | $30,118.06 | July 7, 2023 | August 6, 2023 |
| 2190030818 | $23,877.12 | July 24, 2023 | August 23, 2023 |
| 2190030964 | $14,762.80 | August 14, 2023 | September 13, 2023 |
| 2190031028 | $45,039.65 | August 22, 2023 | September 21, 2023 |
| 2190031108 | $17,829.60 | September 6, 2023 | October 6, 2023 |
| 2190031117 | $5,193.89 | September 8, 2023 | October 8, 2023 |
| 2190031118 | $4,596.36 | September 8, 2023 | October 8, 2023 |
| 2190031175 | $42,461.88 | September 20, 2023 | October 20, 2023 |
| 2190031179 | $31,846.32 | September 20, 2023 | October 20, 2023 |
| 2190031216 | $3,358.08 | September 27, 2023 | October 27, 2023 |
| 2190031250 | $3,794.63 | October 3, 2023 | November 2, 2023 |

13.     Two additional invoices were issued on October 17, 2023 for products delivered to and accepted by TBMBM: Invoice No. 2190031315 in the amount of $27,085.76, and Invoice No. 2190031317 in the amount of $41,538.94. Those invoices will become past due if payment has not been made by November 16, 2023.

14.     During the relevant time period, several credits totaling $2,906.09 were applied to TBMBM's account. On November 9, 2023, TBMBM made a payment of $250,000 towards Invoice No. 2190028766, which has been applied to its account. EIS also provided TBMBM a marketing credit of $116,986.35, which has been credited to its account.

15.     TBMBM has failed to pay the invoices within 30 days of issuance. As such, the purchase price for the goods for all 24 orders is past due.

16.     To date, the total past-due balance for the purchase price of the goods (net of credits and payments) is $586,186.67.

## FIRST CAUSE OF ACTION
## BREACH OF CONTRACT – ACTION FOR THE PRICE
### (New York Uniform Commercial Code § 2-709)

17. Plaintiff restates and realleges paragraphs 1 through 16 as if fully set forth herein.

18. EIS and TBMBM had a valid and enforceable contract for the sale of goods.

19. EIS sold and delivered goods to TBMBM for each of TBMBM's 24 purchases.

20. Defendant accepted those goods.

21. Despite accepting the goods, TBMBM has failed to make payment for the purchase price of goods sold and such amounts are now past due.

22. EIS has been damaged in the amount of $586,186.67 for the unpaid price of the goods accepted (plus any amounts that become past due during the pendency of the litigation).

23. Pursuant to N.Y.U.C.C. § 2-709, EIS is entitled to recover the price of the accepted goods.

24. EIS is further entitled to incidental damages in the form of prejudgment interest pursuant to N.Y.U.C.C. § 2-709, § 2-710 and C.P.L.R. § 5001.

## PRAYER FOR RELIF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

(a) Judgment in the amount of $586,186.67, with pre-judgment interest;

(b) Any further amounts that become past due during the pendency of the litigation, with pre-judgment interest;

(c) Costs; and

(d) Such other relief as the Court may deem just and proper.

Respectfully submitted,

S/ Rajeev K. Adlakha
Rajeev K. Adlakha
VORYS, SATER, SEYMOUR & PEASE LLP
200 Public Square, Suite 1400
Cleveland, Ohio 44114-2327
Tel: (216) 479-6175
Email: rkadlakha@vorys.com

*Attorneys for Plaintiff EIS Inc.*